# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145839

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 145839
                                      COA: 308628

CURTIS M. BRAGG,
        Defendant-Appellant.             Oakland CC: 2011-236421-FC

_____/

     On order of the Court, the application for leave to appeal the August 2, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012                             _____
                                                Clerk

t1113